464 A.2d 534

Verdi, Appellant v. Liberty Mutual Ins.
Petition for Allowance of Appeal
Denied Dec. 14, 1983.

Argued March 24, 1983. Jonathan Wheeler, for appellant; William C. Foster, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The order of January 14, 1981 is affirmed.